472 A.2d 252

Commonwealth v. Tucker, Appellant.

Submitted September 30, 1983. John W. Murtagh, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.